# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| GLENDA DENISE BROWN, | : |
| Plaintiff, | : |
| vs. | : 5:05-cv-193 (CAR) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | : |
| Defendant. | : |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 20] to affirm the Social Security Commissioner's final decision to deny Plaintiff benefits. No Objection to the Recommendation has been filed, and this Court, having considered the matter, agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the final decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED**, this 7th day of February, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH