IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GLENDA DENISE BROWN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 5:05-cv-193 (CAR) |
| | : |
| JO ANNE B. BARNHART, | : |
| Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

# J U D G M E N T

Pursuant to the Order of this Court filed February 7, 2007, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

Judgment is hereby entered in favor of defendant, and accordingly, defendant is awarded costs in this action.

This 7th day of February, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**